IN THE UNITED STATES DISTRICT COURT

FOR THE Florence DISTRICT OF South Carolina

USDC RECEIVED CLERK, FLORENCE, SC 2010 JAN 27 A 10:52

Michelle Lee Johnson
**PETITIONER**

v.

United States of America
**RESPONDENT**

2007 APR -9 P 4:14

CASE NO. 4:06-583-TLW

**DENIED**

Terry L. Wooten   1-26-10
TERRY L. WOOTEN    DATE
U.S. DISTRICT JUDGE

Re: (1) Stated no specific basis for need
(2) Made no showing of basis for transcript

****************************************

MOTION FOR SENTENCING TRANSCRIPT

****************************************

COMES NOW, the Petitioner, Michelle Lee Johnson pro se and moves the Honorable Court pursuant to the Criminal Justice Act (18 U.S.C. §3006A) for an Order directing the Court to prepare the portions of the Sentencing Transcript of the Petitioner in the above Criminal Case reference. As grounds therefore, the Petitioner would show by the attached affidavit that he/she is indigent and without the necessary funds to purchase the needed transcript.

The Petitioner would request that an actual Sentencing Transcript be prepared at the United States expense since the parts of the requested records will be necessary for _____
(State reason for request)

to file my appeal

Respectfully Submitted,

Michelle L Johnson